**07 CV 10542**

DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500
Attorneys for Defendants
WYETH and WYETH PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SUSAN MARSA,

                      Plaintiff,

   - against -

WYETH, WYETH PHARMACEUTICALS INC.,
WYETH-AYERST PHARMACEUTICALS, INC.,
WYETH PHARMACEUTICALS, PFIZER INC.,
PHARMACIA & UPJOHN, INC.,
PHARMACIA & UPJOHN COMPANY,
PHARMACIA & UPJOHN, LLC.,
PHARMACIA & UPJOHN COMPANY LLC. and
PHARMACIA CORPORATION,

                      Defendants.

------------------------------------------------------------------ x

Civil Action No. _____

Fed. R. Civ. P. 7.1 DISCLOSURE

[Stamp: NOV 21 2007 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to Fed. R. Civ. P. 7.1 Disclosure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants, Wyeth and Wyeth Pharmaceuticals Inc., collectively ("Wyeth")[1], hereby certify that Wyeth (a public non-governmental party) is a publicly held corporation, with no publicly held parent companies, and Wyeth Pharmaceuticals Inc. is an indirectly held, wholly owned subsidiary corporation of Wyeth.

---

[1] Plaintiff also names Wyeth-Ayerst Pharmaceuticals Inc. (incorrectly named as Wyeth-Ayerst Pharmaceuticals, Inc.) and Wyeth Pharmaceuticals. Wyeth-Ayerst Pharmaceuticals Inc. changed its name to Wyeth Pharmaceuticals Inc. on March 22, 2002. Wyeth Pharmaceuticals is a division of Wyeth.

NEWY1\8168993.4

Dated:     November 21, 2007

_____
Heidi Levine, Esq.
Eric M. Falkenberry, Esq.

DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
212-335-4500
*Attorneys for Defendants*
*Wyeth and Wyeth Pharmaceuticals Inc.*

TO:

CHIEF JUDGE AND JUDGES OF
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ON NOTICE TO:
Andrew G. Finkelstein, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, New York 12550

*Attorneys for Plaintiff*

Alan E. Rothman, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598

*Attorneys for Defendants Pfizer Inc., Pharmacia & Upjohn Company LLC (f/k/a "Pharmacia & Upjohn Company") (incorrectly also named herein as "Pharmacia & Upjohn Company,") Pharmacia & Upjohn LLC (f/k/a "Pharmacia & Upjohn Inc.") (incorrectly also named herein as "Pharmacia & Upjohn Inc.") and Pharmacia Corporation*