**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500
Attorneys for Defendants
WYETH AND WYETH PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                          :

SUSAN MARSA,
                                          :

                            Plaintiff,     :     Civil Action No.  07-CV-10542 (GA)

                                          :

                - against -            :

WYETH, WYETH PHARMACEUTICALS INC.,     :
WYETH-AYERST PHARMACEUTICALS, INC.,     :     **STIPULATION**
WYETH PHARMACEUTICALS, PFIZER INC.,     :
PHARMACIA & UPJOHN, INC.,                    :
PHARMACIA & UPJOHN COMPANY,              :
PHARMACIA & UPJOHN, LLC.,                    :
PHARMACIA & UPJOHN COMPANY LLC. and     :
PHARMACIA CORPORATION,                 :

                           Defendants.     :
-------------------------------------------------------------- x

         IT IS HEREBY STIPULATED AND AGREED by and between the
undersigned parties that this action is a product liability case in which Plaintiff alleges that she
sustained injury as a result of her alleged ingestion of hormone replacement drugs. This case is
one of many pending litigations that have been recognized as "hormone replacement therapy"
cases. As such, this case will be identified as a "tag-along" case and included in the multidistrict
litigation captioned, *In re Prempro Products Liability Litigation,* MDL Docket No. 4:03-cv-1507
WRW, pending in the Eastern District of Arkansas before the Honorable William R. Wilson, Jr.

(the "Prempro MDL"). We expect that this case will be transferred to the Prempro MDL shortly, as required by Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned that the time for Defendants Wyeth and Wyeth Pharmaceuticals Inc.,[1] Pfizer Inc., Pharmacia & Upjohn Company LLC (f/k/a "Pharmacia & Upjohn Company") (incorrectly also named herein as "Pharmacia & Upjohn Company") Pharmacia & Upjohn LLC (f/k/a "Pharmacia & Upjohn Inc.") (incorrectly also named herein as "Pharmacia & Upjohn Inc.") and Pharmacia Corporation to move, answer or otherwise respond to Plaintiff's Complaint be and hereby extended until the transfer of this case to the Prempro MDL, where it will be answered under Practice and Procedure Orders Nos. 1 and 7.

---

[1] Plaintiff also names Wyeth-Ayerst Pharmaceuticals Inc. (incorrectly named as Wyeth-Ayerst Pharmaceuticals, Inc.) and Wyeth Pharmaceuticals. Wyeth-Ayerst Pharmaceuticals Inc. changed its name to Wyeth Pharmaceuticals Inc. on March 22, 2002. Wyeth Pharmaceuticals is a division of Wyeth.

**IT IS FURTHER STIPULATED AND AGREED** A facsimile signature on this

Stipulation shall have the same force and effect as an original signature.

Dated:    New York, New York
          November 27, 2007


FINKELSTEIN & PARTNERS, LLP                    DLA PIPER US LLP


Kenneth Fromson, Esq.                          Heidi Levine, Esq.
436 Robinson Avenue                            Eric M. Falkenberry, Esq.
Newburgh, New York 12550                       1251 Avenue of the Americas
866-909-8678                                   New York, New York 10020-1104
*Attorneys for Plaintiff*                      212-335-4500
                                               *Attorneys for Defendants*
                                               *Wyeth and Wyeth Pharmaceuticals Inc.*


KAYE SCHOLER LLP


Alan E. Rothman, Esq.
425 Park Avenue
New York, New York 10022-3598

*Attorneys for Defendants Pfizer Inc., Pharmacia and*
*Upjohn Company LLC (f/k/a "Pharmacia & Upjohn*
*Company") (incorrectly also named herein as*
*"Pharmacia & Upjohn Company") Pharmacia &*
*Upjohn LLC (f/k/a "Pharmacia & Upjohn Inc.")*
*(incorrectly also named herein as "Pharmacia &*
*Upjohn Inc.") and Pharmacia Corporation*


**SO ORDERED:**


U.S.D.J.


3