07-10542(DC)

#6



**A CERTIFIED TRUE COPY**

DEC 27 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC -7 2007

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT FILED
JAN 15 2008
S.D. OF N.Y.

MDL FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 08 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-123)**
4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,272 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 27 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

Page 1 of 2

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

## SCHEDULE CTO-123 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARIZONA** | |
| AZ 3 07-8111 | Chad Coreschi, et al. v. Wyeth |
| **FLORIDA MIDDLE** | |
| FLM 8 07-2064 | Joan P. Miller v. Wyeth, Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ~~ILS 3 07-799~~ | ~~Minnie Louise Gray, et al. v. Wyeth, et al.~~ Opposed 12/17/2007 |
| **LOUISIANA MIDDLE** | |
| LAM 3 07-862 | Rebecca McCall v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN 0 07-4290 | Dianne Clydesdale v. Wyeth, et al. |
| MN 0 07-4354 | Joanne Parnell Mongeon v. Wyeth, et al. |
| MN 0 07-4410 | Betty L. Asbury v. Wyeth, et al. |
| MN 0 07-4468 | Florine E. D'Andrea v. Wyeth, et al. |
| MN 0 07-4533 | Mary O. Byas v. Wyeth, et al. |
| MN 0 07-4536 | Linda Lewis v. Wyeth |
| MN 0 07-4559 | Margaret M. Rousseau, et al. v. Wyeth, Inc., et al. |
| ~~MN 0 07-4567~~ | ~~Carol J. Hess v. Wyeth, Inc.~~ Opposed 12/26/2007 |
| MN 0 07-4603 | Sylvia Huckey v. Wyeth |
| MN 0 07-4608 | Betty Merck v. Wyeth |
| MN 0 07-4615 | Lorraine N. Ranallo v. Wyeth, et al. |
| MN 0 07-4641 | Amelia C. Reese v. Wyeth, Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE 4 07-1650 | Mildred Turner v. Wyeth, et al. |
| **NORTH DAKOTA** | |
| ND 4 07-71 | Sharon Hesch, et al. v. Wyeth, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-10542 | Susan Marsa v. Wyeth, et al. (D C) |
| **OREGON** | |
| OR 3 07-1672 | Ena Bezley v. Wyeth, Inc., et al. |

MDL No. 1507 - Schedule CTO-123 - Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS EASTERN** | |
| TXE 1 07-793 | Theresa Simien, et al. v. Pfizer Inc., et al. |
| TXE 1 07-794 | Doris Barrett v. Pfizer Inc., et al. |
| TXE 1 07-795 | Peggy Berry v. Pfizer Inc., et al. |
| TXE 1 07-796 | Janell Duchamp, et al. v. Berlex, Inc., et al. |
| TXE 1 07-797 | Dorothy Gordon, et al. v. Pfizer Inc., et al. |
| TXE 1 07-808 | Carol Perry, et al. v. Pfizer Inc., et al. |
| TXE 1 07-832 | Scharlette Fitzgerald, et al. v. Pfizer Inc., et al. |
| TXE 6 07-507 | Sharon Graham, et al. v. Wyeth, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 07-216 | Anne D'Antonio-Wagner v. Wyeth, Inc., et al. |
| TXS 4 07-3566 | Margaret Galles v. Pfizer Inc., et al. |
| TXS 4 07-3692 | Marlene Kawalec, et al. v. Pfizer Inc., et al. |
| TXS 4 07-3710 | Anna Franks, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3713 | Nghi Mai, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3714 | Glenda Wiederhold, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3716 | Frank Cruz, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3717 | Carolyn Irwin, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3723 | Mary Hall v. Wyeth, et al. |